# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:07-CR-00422** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **MARY ANN BERRETTINI**, | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 21st day of December, 2011, upon consideration of the motion (Doc. 431) to terminate a term of supervised release filed by defendant Mary Ann Berrettini ("Berrettini"), and it appearing that the court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release" upon consideration of the factors set forth in Section 3553(a)(1)-(a)(7) of Title 18 of the United States Code "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice" see 18 U.S.C. § 3583(e)(1); see also 18 U.S.C. § 3564(c), and the court, after balancing the factors in § 3553(a), concluding that terminating Berrettini's term of supervised release at this time would understate the

seriousness of the offense and undermine the deterrent and punitive purposes of the punishment, it is hereby ORDERED that the motion (Doc. 431) is DENIED.[1]

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge

---

[1] In light of Berrettini's full compliance with the terms of her sentence, the court has placed Berrettini in a modified supervised release program with the Middle District of Pennsylvania Probation Office.